**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EDWIN DIAZ, on behalf of himself and all
others similarly situated,

        Plaintiffs,

-against-

BOOHOO.COM USA, INC.,

        Defendant.
------------------------------------- X

Case No. 1:19-cv-06295-DAB

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties hereto, that the captioned action, including all claims, shall be and is hereby dismissed *with prejudice*, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing his/its own attorneys' fees and costs. Facsimile and PDF copies of this Stipulation shall suffice as originals for all purposes, and this Stipulation may be executed in counterparts.

Dated: New York, New York.
      October ___, 2019

COHEN & MIZRAHI LLP

By: _____
   Joseph H. Mizrahi, Esq.
   Joseph@cml.legal
   300 Cadman Plaza West, 12th Fl.
   Brooklyn, New York 11201
   Tel: (929) 575-4175
   *Counsel for Plaintiff*

TROUTMAN SANDERS LLP

By: _____
   Bennet J. Moskowitz
   875 Third Avenue
   New York, NY 10022
   212-704-6087
   bennet.moskowitz@troutman.com
   *Counsel for Defendant*

SO ORDERED on October 31, 2019

*Deborah A. Batts*
U.S.D.J.

40217967v1